JUDGE ROBINSON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**08 CV 6365**

IGUITAR, INC., a Delaware Corporation,

Plaintiff,

-v-

KANSAS INTERNATIONAL LTD.,
a Hong Kong Corporation,

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

IGUITAR, INC. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** July 15, 2008

Signature of Attorney

Attorney Bar Code: 1926179

Form Rule7_1.pdf SDNY Web 10/2007